**WO**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Margaret Katherine Millett,<br><br>    Defendant,<br>and<br><br>HR Companies, Inc.,<br><br>    Garnishee. | **CR 89-0192-PHX-RCB**<br><br>**GARNISHMENT DISPOSITION ORDER** |

A Writ of Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, Garnishee filed an Answer on November 9, 2009, stating that at the time of the service of the Writ it had in its possession non-exempt earnings belonging to and due Defendant, and that Garnishee was indebted to Defendant.

On November 5, 2009, Defendant was notified of her right to a hearing and has not requested a hearing to determine exempt property or to object to the answer.

IT IS ORDERED that Garnishee pay the sum of 25% of Defendant's non-exempt earnings to Plaintiff and continue withholding Defendant's non-exempt earnings and paying them to Plaintiff until the debt to Plaintiff is paid in full or until Garnishee

no longer has possession of any non-exempt earnings belonging to Defendant or until further Order of this court.  Checks should be made payable to Clerk of the Court, and mailed to Clerk's Office, U.S. District Court, Sandra Day O' Connor Courthouse, 401 W. Washington Street, Attention: Finance Division, Suite 130, SPC-1, Phoenix, Arizona 85003-2118.

Dated this 10th day of December, 2009.

_____
Robert C. Broomfield
Senior United States District Judge